# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **CHRISTINE EVANS,** | ) |
| Plaintiff, | ) |
| v. | ) Case No.:4:10-cv-1337 |
| **Consumer Recovery Associates LLC,** | ) **JURY TRIAL DEMANDED** |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff and by stipulation with all parties dismisses all her claims against all Defendants, with Parties to bear their own costs.

Respectfully Submitted,

**CAMPBELL LAW LLC**

/s/AliciaCampbell

Alicia Campbell

911 Washington Avenue

Suite 205

St. Louis, MO 63101

Phone: 314.588.8101

Fax: 314.588.9188

alicia@campbelllawllc.com